

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2019 DEC 19 P 5:18

WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## SUPERSEDING INDICTMENT FOR VIOLATIONS OF THE
## FEDERAL CONTROLLED SUBSTANCES ACT AND FEDERAL GUN CONTROL ACT

| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 19-175 |
|---|---|---|
| v. | * | SECTION: "E" |
| COREY DUNN | * | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| BOBBY FRANKLIN | | 21 U.S.C. § 841(b)(1)(A) |
| a/k/a "B-Trey" | * | 21 U.S.C. § 841(b)(1)(B) |
| a/k/a "Trey" | | 21 U.S.C. § 841(b)(1)(C) |
| COREY ENCLARDE | * | 21 U.S.C. § 841(b)(1)(D) |
| a/k/a "Murda" | | 21 U.S.C. § 843(b) |
| DEMARCO FORD | * | 21 U.S.C. § 846 |
| CHRISTOPHER HARRIS | | 18 U.S.C. § 2 |
| a/k/a "Grove" | * | 18 U.S.C. § 922(g)(1) |
| ROMALIS HARRIS | | 18 U.S.C. § 924(a)(2) |
| THOMAS LANDRY | * | 18 U.S.C. § 924(c)(1)(A) |
| MICHAEL LEWIS | | |
| a/k/a "Michael Louis" | * | |
| TAURUS RUSSELL | | |
| a/k/a "Scrappy" | * | |

                            *      *      *

The Grand Jury charges that:

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## COUNT 1

**A.     THE CONSPIRACY**

Beginning on a date unknown, but not later than October 2018, and continuing until on or about August 2, 2019, in the Eastern District of Louisiana and elsewhere, the defendants, **COREY**

DUNN, BOBBY FRANKLIN, a/k/a "B-Trey," a/k/a "Trey," COREY ENCLARDE, a/k/a "Murda," DEMARCO FORD, CHRISTOPHER HARRIS, a/k/a "Grove," ROMALIS HARRIS, THOMAS LANDRY, MICHAEL LEWIS, a/k/a "Michael Louis," and TAURUS RUSSELL, a/k/a, "Scrappy," did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute cocaine hydrochloride and cocaine base, Schedule II drug controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

**B.   THE SCOPE OF THE CONSPIRACY:**

With respect to the drug conspiracy charged in this Count, its overall scope involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A) and 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B); all in violation of Title 21, United States Code, Section 846.

**C.   QUANTITY OF CONTROLLED DANGEROUS SUBSTANCES ATTRIBUTABLE TO EACH DEFENDANT:**

With respect to the drug conspiracy involved in this Count, the defendants knew or reasonably should have known, either through their own conduct or the reasonably foreseeable conduct of their co-conspirators that was taken in furtherance of the drug conspiracy, that the scope of the conspiracy involved the following quantities of a mixture or substance containing a detectable amount of the following controlled dangerous substances:

| Name | Quantity of Controlled Dangerous Substance(s) |
|---|---|
| COREY DUNN | 5 kilograms or more of cocaine hydrochloride (21 U.S.C. § 841(b)(1)(A), and 28 grams or more of cocaine base (21 U.S.C. § 841(b)(1)(B)). |
| BOBBY FRANKLIN a/k/a "B-Trey" a/k/a "Trey" | 5 kilograms or more of cocaine hydrochloride (21 U.S.C. § 841(b)(1)(A) and 28 grams or more of cocaine base (21 U.S.C. § 841(b)(1)(B)). |
| COREY ENCLARDE | A quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride (21 U.S.C. § 841(b)(1)(C)). |
| DEMARCO FORD | A quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride and cocaine base (21 U.S.C. § 841(b)(1)(C). |
| CHRISTOPHER HARRIS a/k/a "Grove" | A quantity of a mixture or substance containing a detectable amount of cocaine base (21 U.S.C. § 841(b)(1)(C)). |
| ROMALIS HARRIS | 500 grams or more of cocaine hydrochloride (21 U.S.C. § 841(b)(1)(B)). |
| THOMAS LANDRY | A quantity of a mixture or substance containing a detectable amount of cocaine base (21 U.S.C. § 841(b)(1)(C)). |
| MICHAEL LEWIS a/k/a "Michael Louis" | A quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride (21 U.S.C. § 841(b)(1)(C)). |
| TAURUS RUSSELL a/k/a "Scrappy" | 500 grams or more of cocaine hydrochloride (21 U.S.C. § 841(b)(1)(B)). |

## COUNT 2

On or about October 5, 2018, in the Eastern District of Louisiana, the defendant, **BOBBY FRANKLIN, a/k/a "B-Trey," a/k/a "Trey,"** did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about October 24, 2018, in the Eastern District of Louisiana, the defendant, **BOBBY FRANKLIN**, a/k/a "B-Trey," a/k/a "Trey," did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about December 6, 2018, in the Eastern District of Louisiana, the defendant, **BOBBY FRANKLIN**, a/k/a "B-Trey," a/k/a "Trey," did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

D.   **COUNTS 5 – 16**

On or about the below listed dates, in the Eastern District of Louisiana, the defendants listed below, did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to distribute and to possess with the intent to distribute cocaine hydrochloride, cocaine base, methamphetamine, and marijuana as charged in Count 1 of this Superseding Indictment:

| Count | Date | Defendants |
|---|---|---|
| 5 | March 31, 2019 | **BOBBY FRANKLIN**, a/k/a "B-Trey," a/k/a "Trey," and **CHRISTOPHER HARRIS**, a/k/a "Grove" |
| 6 | March 31, 2019 | **BOBBY FRANKLIN**, a/k/a "B-Trey," a/k/a "Trey," and **TOURUS RUSSELL**, a/k/a "Scrappy" |

| Count | Date | Defendants |
|---|---|---|
| 7 | April 7, 2019 | **BOBBY FRANKLIN, a/k/a "B-Trey," a/k/a "Trey,"** |
| 8 | April 30, 2019 | **COREY DUNN and BOBBY FRANKLIN, a/k/a "B-Trey," a/k/a "Trey"** |
| 9 | May 3, 2019 | **COREY DUNN and BOBBY FRANKLIN, a/k/a "B-Trey," a/k/a "Trey"** |
| 10 | June 5, 2019 | **COREY DUNN and DEMARCO FORD** |
| 11 | June 6, 2019 | **COREY DUNN** |
| 12 | June 6, 2019 | **COREY DUNN and MICHAEL LEWIS, a/k/a "Michael Louis"** |
| 13 | June 10, 2019 | **COREY DUNN and TOURUS RUSSELL, a/k/a "Scrappy"** |
| 14 | July 26, 2019 | **COREY DUNN and COREY ENCLARDE, a/k/a "Murda"** |
| 15 | July 30, 2019 | **COREY DUNN and ROMALIS HARRIS** |
| 16 | August 2, 2019 | **COREY DUNN and THOMAS LANDRY** |

All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 17

On or about August 2, 2019, in the Eastern District of Louisiana, the defendant, **COREY DUNN and BOBBY FRANKLIN, a/k/a "B-Trey," a/k/a "Trey,"** did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, Schedule II drug controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

5

## COUNT 18

On or about August 2, 2019, in the Eastern District of Louisiana, the defendant, **BOBBY FRANKLIN, a/k/a "B-Trey," a/k/a "Trey,"** did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 19

On or about August 2, 2019, in the Eastern District of Louisiana, the defendant, **BOBBY FRANKLIN, a/k/a "B-Trey,"** did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 20

On or about August 2, 2019, in the Eastern District of Louisiana, the defendant, **BOBBY FRANKLIN, a/k/a "B-Trey,"** did knowingly possess firearms, to wit: (1) an Aero Precision AP15, .223 caliber rifle, bearing serial number US49655; (2) a C.N. Romarm, model GP WASR10, AK-47 rifle, bearing serial number 1968BG0640; (3) a Ruger model Mini 14, .223 caliber rifle, bearing serial number 18419943; (4) a Glock model 19 Gen4, 9 mm caliber handgun, bearing serial number BGVT980; and (5) a Taurus model PT738, .380 caliber handgun, bearing serial number 21362B, in furtherance of drug trafficking crimes, to wit: conspiracy to distribute and possess with the intent to distribute cocaine hydrochloride and cocaine base as charged in Count 1 of the Superseding Indictment; possession with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, as charged in Count 17 of the Superseding Indictment; possession with the intent to distribute a quantity of a mixture

or substance containing a detectable amount of cocaine hydrochloride, as charged in Count 18 of the Superseding Indictment; and possession with the intent to distribute a quantity of marijuana, as charged in Count 19 of the Superseding Indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(i).

## COUNT 21

On or about August 2, 2019, in the Eastern District of Louisiana, the defendant, **BOBBY FRANKLIN, a/k/a "B-Trey,"** knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: a felony conviction on April 16, 2001, in the 22nd Judicial District Court, Washington Parish, Criminal Docket No. 00-CR7-080757 "M," for possession with the intent to distribute a Schedule I controlled dangerous substance; a felony conviction on January 8, 2003, in the 22nd Judicial District Court, Washington Parish, Criminal Docket No. 00-CR7-84322 "M," for possession with the intent to distribute a Schedule I controlled dangerous substance; a felony conviction on January 8, 2003, in the 22nd Judicial District Court, Washington Parish, Criminal Docket No. 00-CR7-84342 "M," possession of a firearm while possessing a controlled dangerous substance; and a felony conviction on January 8, 2003, in the 22nd Judicial District Court, Washington Parish, Criminal Docket No. 01-CR7-81359 "M," for possession of a Schedule II controlled dangerous substance, did knowingly possess firearms and ammunitions, to wit: (1) an Aero Precision AP15, .223 caliber rifle, bearing serial number US49655; (2) a C.N. Romarm, model GP WASR10, AK-47 rifle, bearing serial number 1968BG0640; (3) a Ruger model Mini 14, .223 caliber rifle, bearing serial number 18419943; (4) a Glock model 19 Gen4, 9 mm caliber handgun, bearing serial number BGVT980; and (5) a Taurus model PT738, .380 caliber handgun, bearing serial number 21362B; (6) forty .223 rounds of ammunition; (7) fifteen 7.62x39 rounds of ammunition; (8) fifty-nine 9 mm rounds of ammunition;

and (9) six .380 rounds of ammunition, said firearms and ammunitions having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 21 are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 through 19, the defendants, **COREY DUNN, BOBBY FRANKLIN, a/k/a "B-Trey," a/k/a "Trey," COREY ENCLARDE, a/k/a "Murda," DEMARCO FORD, CHRISTOPHER HARRIS, a/k/a "Grove," ROMALIS HARRIS, THOMAS LANDRY, MICHAEL LEWIS, a/k/a "Michael Louis" and TAURUS RUSSELL, a/k/a, "Scrappy,"** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offenses, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offenses, including but not limited to any firearm or ammunition described above and the following:

$351.01 U.S. currency;

$100.00 U.S. currency;

$500.00 U.S. currency;

$76.00 U.S. currency;

$114,975.00 U.S. currency;

$500.00 U.S. currency;

$1,007.67 U.S. currency seized from A.S.I. Federal Credit Union account ending in 5280-02;

          $40,011.00 U.S. currency seized from A.S.I Federal Credit Union account ending in 5280;

          Men's Rolex 16018 11k yellow gold perpetual watch;

          10k yellow gold 4 carat diamond cluster ring.

3.     As a result of the offenses alleged in Counts 1 through 21, the defendants, **COREY DUNN, BOBBY FRANKLIN, a/k/a "B-Trey," a/k/a "Trey," COREY ENCLARDE, a/k/a "Murda," DEMARCO FORD, CHRISTOPHER HARRIS, a/k/a "Grove," ROMALIS HARRIS, THOMAS LANDRY, MICHAEL LEWIS, a/k/a "Michael Louis" and TAURUS RUSSELL, a/k/a, "Scrappy,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any firearm or ammunition described above.

4.     If any of the above-described property, as a result of any act or omission of the defendants:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third person;

      c.     has been placed beyond jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

A TRUE BILL:

_____
BRITTANY REED
Assistant United States Attorney
Louisiana Bar Roll No. 31299

New Orleans, Louisiana
December 19, 2019

FORM OBD-34
No. 19-175 "E"

# UNITED STATES DISTRICT COURT
Eastern _____ District of _____ Louisiana
_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA
vs.

COREY DUNN, BOBBY FRANKLIN a/k/a "B-Trey," a/k/a "Trey," COREY ENCLARDE, a/k/a "Murda,"DEMARCO FORD, CHRISTOPHER HARRIS, a/k/a "Grove," ROMALIS HARRIS, THOMAS LANDRY, MICHAEL LEWIS, a/k/a "Michael Louis," TAURUS RUSSELL, a/k/a "Scrappy"

## SUPERSEDING INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND FEDERAL GUN CONTROL ACT

VIOLATIONS:  21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(1)(D)
21 U.S.C. § 843(b)
21 U.S.C. § 846
18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)

A true bill.

_____

Filed in open court this _____ day of _____, A.D. 2019.

_____ Clerk

Bail, $ _____

Brittany L. Reed, Assistant United States Attorney